IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SCOTT F. BUSH,

      Appellant,

v.

                                         Case No. 5D22-1021
                                         LT Case No. 2011-CF-493-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 15, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Scott F. Bush, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.